UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.    **CV 20-2896 MWF (JCx)**                              Date:  July 20, 2020

Title       **Anthony Bouyer ~v~ E.C. Nichols LLC, et al.**

Present:  The Honorable:    MICHAEL W. FITZGERALD, United States District Judge

|  Rita Sanchez  |  Not Reported  |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings (IN CHAMBERS):    COURT ORDER**

   In light of the Mediation Report [22] filed July 14, 2020, the Court sets a
hearing on **Order to Show Cause Re Dismissal** for **August 31, 2020** at 11:30 a.m.
If a stipulated dismissal is filed prior to this date, the matter will be taken off
calendar and no appearances are needed.  All other hearings and deadlines are
hereby vacated.

   IT IS SO ORDERED.

Initials of Preparer:  RS/sjm